# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| HAROLD DEWHURST and DAVID BRYAN, on behalf of themselves and all other persons similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY ALUMINUM COMPANY, CENTURY ALUMINUM OF WEST VIRGINIA, INC., CENTURY ALUMINUM MASTER WELFARE BENEFIT PLAN, and DOES 1 THROUGH 20,<br><br>Defendants. | Case No. 2:09-cv-1033<br>Judge John D. Holschuh<br>Mag. Judge Mark R. Abel |

## DEFENDANTS' MOTION TO DISMISS OR TRANSFER THESE PROCEEDINGS TO THE SOUTHERN DISTRICT OF WEST VIRGINIA

As set forth fully in Defendants' accompanying Memorandum in Support of Their Motion to Dismiss or Transfer These Proceedings, Defendants hereby move this Court to dismiss or transfer these proceedings to the Southern District of West Virginia, Charleston Division. First, because Defendant Century Aluminum of West Virginia, Inc. has a first-filed suit regarding the same issues and substantially similar parties pending in a district court of equal rank, the Court should respect the principles of comity and defer to the jurisdiction of the United States District Court for the Southern District of West Virginia. Second, because the center of gravity of this case is clearly in the Southern District of West Virginia, this Court should transfer the suit to the most appropriate forum, the Southern District of West Virginia, Charleston

Division, in the interests of convenience and justice, pursuant to 28 U.S.C. § 1404(a). A proposed Order has been attached for the Court's convenience.

Dated: December 4, 2009

Respectfully submitted,

s/E. Michael Rossman
E. Michael Rossman (OH 0070168)
Trial Attorney
JONES DAY
Street Address:
  325 John H. McConnell Boulevard, Suite 600
  Columbus, OH 43215-2673
Mailing Address:
  P.O. Box 165017
  Columbus, OH 43216-5017
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
E-mail: emrossman@jonesday.com

Stanley Weiner (admission *pro hac vice* forthcoming)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-7763
Facsimile: (216) 579-0212
E-mail: sweiner@jonesday.com

Sarah McClure (admission *pro hac vice* forthcoming)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3811
Facsimile: (202) 626-1700
E-mail: sbmcclure@jonesday.com

Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2009, I electronically filed the foregoing Defendants' Motion to Stay Proceedings with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses on file with the Court:

> William T. Payne (Trial Attorney)
> 1007 Mount Royal Boulevard
> Pittsburgh, PA 15223-1027
> Phone: 412-492-8797
> Fax: 412-492-8978
> Email: wpayne@stemberfeinstein.com
>
> John Edward Stember
> Stephen M. Pincus
> Stember Feinstein Doyle & Payne, LLC
> 1705 Allegheny Building
> 429 Forbes Avenue
> Pittsburgh, PA 15219
> Phone: 412-281-8400
> Fax: 412-281-1007
> Email: jstember@stemberfeinstein.com
> Email: spincus@stemberfeinstein.com

s/E. Michael Rossman
Attorney for Defendants

WAI-2945596v1