UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| HAROLD DEWHURST and DAVID BRYAN, on behalf of themselves and all other persons similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC,<br><br>                Plaintiffs,<br><br>  v.<br><br>CENTURY ALUMINUM COMPANY, CENTURY ALUMINUM OF WEST VIRGINIA, INC., CENTURY ALUMINUM MASTER WELFARE BENEFIT PLAN, and DOES 1 THROUGH 20,<br><br>                Defendants. | C.A. No. 2:09-cv-1033<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER AND DEFENDANTS' MOTION TO STAY PROCEEDINGS**<br><br>Judge John D. Holschuh<br>Mag. Judge Mark R. Abel<br><br>Class Action<br><br>**Demand for Jury Trial** |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER AND DEFENDANTS' MOTION TO STAY PROCEEDINGS**

Plaintiffs Harold Dewhurst and David Bryan, on behalf of themselves and all other persons similarly situated, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("Plaintiffs"), hereby move the court for an extension of time to respond to Defendants' Motion to Dismiss or Transfer and Defendants' Motion to Stay Proceedings.  Plaintiffs respectfully request that the Court grant an extension of time, until January 11, 2010, to file their response to Defendants' Motion to Dismiss or Transfer as well as to Defendants' Motion to Stay.  Plaintiffs have consulted with Stanley Weiner, Esq. of the law firm Jones Day, who has stated that Defendants have no objection to this brief extension of time.

2

        s/William T. Payne
        William T. Payne
        Stember Feinstein Doyle & Payne, LLC
        1007 Mount Royal Boulevard
        Pittsburgh, PA 15223-1027
        Phone: 412-492-8797
        Fax: 412-492-8978
        Email: wpayne@stemberfeinstein

        John Stember
        Stephen M. Pincus
        Stember Feinstein Doyle & Payne, LLC
        17th Floor Allegheny Building
        429 Forbes Avenue
        Pittsburgh, PA 15219
        Phone: 412-281-8400
        Fax: 412-281-1007
        Email: jstember@stemberfeinstein.com
        Email: spincus@stemberfeinstein.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2009, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses on file with the Court:

E. Michael Rossman
JONES DAY
P.O. Box 165017
Columbus, OR 43216-5017
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
E-mail: emrossman@jonesday.com

Stanley Weiner
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OR 44114-1190
Telephone: (216) 586-7763
Facsimile: (216) 579-0212
E-mail: sweiner@jonesday.com

Sarah McClure
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3811
Facsimile: (202) 626-1700
E-mail: sbmcclure@jonesday.com

                                                s/ William T. Payne