FILED
JAMES BONINI
CLERK

2009 DEC 16 A 11: 48

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| HAROLD DEWHURST and DAVID BRYAN, on behalf of themselves and all other persons similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC, <br><br> Plaintiffs, <br><br> v. <br><br> CENTURY ALUMINUM COMPANY, CENTURY ALUMINUM OF WEST VIRGINIA, INC., CENTURY ALUMINUM MASTER WELFARE BENEFIT PLAN, and DOES 1 THROUGH 20, <br><br> Defendants. | Case No. 2:09-cv-1033 <br> Judge John D. Holschuh <br> Mag. Judge Mark R. Abel |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e), E. Michael Rossman, trial attorney for Defendants, in the above-captioned action, hereby moves the court to admit Stanley Weiner *pro hac vice* to appear and participate as co-counsel in this case for Defendants.

Movant represents that Stanley Weiner is a member in good standing of the highest court of the State of Ohio, as attested by the accompanying certificate from that court. This Motion is accompanied by the required $200.00 fee.

Mr. Weiner understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Weiner's relevant identifying information is as follows:

COI-1432396v1

Business telephone: 216.586.7763               Business fax: 216.579.0212

Business Address:   Jones Day
                    North Point
                    901 Lakeside Avenue
                    Cleveland, OH 44114-1190

Business E-Mail:    sweiner@jonesday.com

Dated: December 16, 2009                Respectfully submitted,

                                        s/E. Michael Rossman
                                        E. Michael Rossman (OH 0070168)
                                        Trial Attorney
                                        JONES DAY
                                        Street Address:
                                          325 John H. McConnell Boulevard, Suite 600
                                          Columbus, OH 43215-2673
                                        Mailing Address:
                                          P.O. Box 165017
                                          Columbus, OH 43216-5017
                                        Telephone: (614) 469-3939
                                        Facsimile: (614) 461-4198
                                        E-mail: emrossman@jonesday.com

                                        Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2009, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses on file with the Court:

William T Payne (Trial Attorney)
1007 Mount Royal Boulevard
Pittsburgh, PA 15223-1027
Phone: 412-492-8797
Fax: 412-492-8978
Email: wpayne@stemberfeinstein.com

John Edward Stember
Stephen M Pincus
Stember Feinstein Doyle & Payne, LLC
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Phone: 412-281-8400
Fax: 412-281-1007
Email: jstember@stemberfeinstein.com
Email: spincus@stemberfeinstein.com

s/E. Michael Rossman
Attorney for Defendants

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Stanley Weiner

was admitted to the practice of law in Ohio on July 22, 2008; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 7th day of December, 2009.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Tammy White*
*Attorney Services Specialist*